IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN BEDYNEK STUMM,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                   12-cv-57-wmc

ERIC K. SHINSEKI,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 12/2/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |