IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN BEDYNEK STUMM,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                               12-cv-57-wmc

ERIC K. SHINSEKI,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Robert A. McDonald dismissing this case.

    /s/                                                 1/26/2018

Peter Oppeneer, Clerk of Court                  Date