IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN BEDYNEK STUMM,

    Plaintiff,

  v.

                                        Case No.  12-cv-57-wmc

ROBERT WILKIE,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Robert Wilkie dismissing this case.

| /s/ | 1/7/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |